

# ProHealth Care

**To:** Atty MCLEOD
Company:
**Fax:** 2627851324
Phone:

**From:** Ebenhoch, Natalie
Fax:
**Phone:** 262-696-5604
**E-mail:** natalie.ebenhoch@phci.org

**NOTES:**

### CONFIDENTIALITY NOTICE

The information contained in this fax message is intended only for confidential use of the designated recipient named above. **This faxed document is NOT to be re-disclosed except under written authorization.**

If you are not the intended recipient or the responsible agent delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this document is strictly prohibited.

If you have received this communication in error, please notify us immediately by telephone and return the faxed document to us by mail.

Thank you.

Date and time of transmission: Tuesday, December 13, 2016 2:47:20 PM
Number of pages including this cover sheet: 07

# UW Cancer Center at ProHealth Care
N16W24131 Riverwood Drive
PO BOX 1649
Waukesha, WI 53187-1649

**CONFIDENTIALITY NOTICE**

**Confidentiality Statement:** The document(s) accompanying this transmission contains confidential *protected health information* that is legally privileged. This information is intended only for the use of individuals or entities listed below. If you are not the intended recipient, you are hereby notified that you have received this document in error and any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. This faxed document is NOT to be re-disclosed except under authorization by the patient. If you have received this information in error, please notify the sender immediately by telephone and arrange for the return of the faxed documents to us by mail. Thank you.

## FAX TRANSMISSION COVER SHEET

Date: 12/13/16    Time: 1445 pm    No. of pages (including cover page): 6

To: Attorney McLeod    At: ___

Phone: ___    Fax: 262 785-1324

From: Paula    Medical Oncology

Sender's phone/extension: 262-696-5690

Sender's fax number: 262-696-0769

Message:

NOTE: Please contact the sender identified above if all pages are not received or if you experience problems with this transmission.

# UW Cancer Center at ProHealth Care

Thursday, December 08, 2016

Re: Patricia Caprez

DOB: 6/30/1946

To whom it may concern:

Ms. Caprez is a 71-year-old female who went for routine screening colonoscopy, not having previously remembered when her last colon screening was. She was found to have a lesion in her colon, this area was biopsied and consistent with a colon cancer. She was then seen by her surgeon, Dr.Touzios who performed a right hemicolectomy on 8/4/2015. Patient was hospitalized from 8/4/2015-8/7/2015. As can be seen in the discharge summary from medical records, her course was rather uncomplicated and she was discharged home with a diet restriction, lifting restriction for 4 weeks of 15 pounds. I met her for the 1st time on 8/18/2015. This was for consultation regarding her newly diagnosed colon cancer, stage IIIB. My recommendation, as per guidelines, was that she undergoes adjuvant chemotherapy with modified FOLFOX 6. Patient had a Mediport placed on 8/24/2015. She initiated chemotherapy on 8/25/2015. Her chemotherapy consisted of a clinic visit for an entire day of infusion on day 1 with a return for chemotherapy pump removal 48 hours later. This chemotherapy was given on an every 2 week basis.

Dates of treatments are well documented in the medical records, which have been provided. During the dates of 8/1/2015-11/24/2015, patient underwent surgery and completed 7 of her cycles of therapy. Plan chemotherapy was for 12 total cycles which she did eventually complete.

The course of her treatment was complicated by significant diarrhea (Grade 2 at its worse), neuropathy (Grade 2 at its worse during this time frame). She had a significant decrease in appetite as well as weight loss. During this period of time patient did lose 10 kg of weight due to both surgery and chemotherapy. Diarrhea initially started after surgery, but continued to worsen throughout the course of chemotherapy. The diarrhea resulted in hypokalemia. Oral potassium supplementation was attempted but patient did not tolerate as it increased her diarrhea. This necessitated weekly lab checks and hydration with IV fluids and IV potassium. Her hypokalemia did increase her weakness. In an attempt to strengthen patient, she was involved in physical therapy at the cancer center with 1st visit on 8/17/2015 and last visit on 10/19/2015 during this period of time. Please see detailed documentation in the medical record regarding physical therapy evaluation and recommendations.

# UW Cancer Center at ProHealth Care

In summary, Ms. Caprez required significant attention in the cancer center during this period of her treatment course as evident by the multiple visits as noted in the medical record. Her most significant side effects were fatigue (grade 2), diarrhea (grade 2), neuropathy (grade 2), anorexia (grade 3) and weight loss (grade 2). Given the duties listed in her job description, she would have difficulty working consistently due to fatigue and diarrhea. She would require frequent bathroom trips and breaks. Her neuropathy would have made it difficult to use many of the devices to consistently do her job during that period. Her frequent trips to the clinic for chemotherapy, pump removal, and intravenous fluids would have made a consistent schedule difficult.

Please do not hesitate to contact me with any questions or clarifications regarding my care of Ms. Caprez during this time period.

Christopher R. Hake, MD

Hematology/Oncology
UW Cancer Center at ProHealth Care
N16W24131 Riverwood Dr
Waukesha, WI 53188

# UW Cancer Center at ProHealth Care

Previous Expert Witness cases:

I have not participated as an expert witness in any trial or deposition in the last 4 years

Charges:

Time in Chart Review, review of request and obtaining additional information: 1 hour

Preparation of Note: 1 hour

| | |
|---|---|
| Total Time: | 2 hours |
| Charges: | $500 |

Curriculum Vitae
Christopher R. Hake, M.D.
UW Cancer Center at ProHealth Care

| | |
|---|---|
| Home Address: | N37W23385 Broken Hill Circle So<br>Pewaukee, WI 53072<br>United States of America<br>Home/Cell: (262)844-5251<br>Pager: (414)558-0727 |
| Work Address: | ProHealth Care Regional Cancer Center<br>N16W24131 Riverwood Drive<br>Waukesha, WI 53188<br>Office: (262)696-5690 |
| Place of Birth: | Fort Atkinson, WI, USA |
| Citizenship: | U.S.A. |
| Employment: | 7/2009-Current Hematology/Oncology Physician<br>ProHealth Care<br>Waukesha, WI 53072 |
| Education: | 08/1994-05/1998 B.S. in Biochemistry, University of Wisconsin<br>Madison, WI, USA<br>08/1998-05/2002 M.D., Medical College of Wisconsin<br>Milwaukee, WI, USA |
| Postgraduate Training: | 07/2002-06/2005 Resident, Internal Medicine<br>Medical College of Wisconsin Affiliated Hospitals<br>Milwaukee, WI<br>07/2005-12/2005 Fellow, Neoplastic Diseases and Related Disorders<br>Medical College of Wisconsin Affiliated Hospitals<br>Milwaukee, WI<br>1/2007-6/2009 Mazie Froedtert Willms and Sue Froedtert Cancer Fellow,<br>Neoplastic Diseases and Related Disorders<br>Medical College of Wisconsin Affiliated Hospitals<br>Milwaukee, WI<br>12/2012-3/2013 Participant in Intensive Course in Cancer Risk Assessment at<br>City of Hope, Division of Clinical Cancer Genetics, Duarte, CA |
| Faculty Appointments: | 1/2006-12/2006 Instructor, Department of Medicine<br>Medical College of Wisconsin |
| Administrative Appointments: | 01/2006-12/2006 Chief Resident, Internal Medicine Residency<br>Medical College of Wisconsin<br>1/2011-4/2012 EPIC Electronic Medical Record Development and<br>Roll Out for Oncology at ProHealth Care<br>2013-Present Medical Director of Clinical Cancer Genetics at<br>ProHealth Care |

Specialty Boards and Certification:

| Certificates | | | |
|---|---|---|---|
| BLS | | | |
| Licensure | Number | Initial Issue Date | Expiration |
| Wisconsin | 46851 | May 2004 | 10/31/2017 |
| Board | Specialty | Date Certified | Expiration |
| ABIM | Internal Medicine | October 2005 | October 2025 |
| ABIM | Hematology | 2009 | 2019 |
| ABIM | Oncology | 2009 | 2019 |

Activities:

06/1999-08/1999  American Cancer Society
Clerkship in Radiation Oncology at Froedert Hospital

| | |
|---|---|
| 2003-2005 | Participated in Resident Recruitment (MCW) |
| 2007-2009 | Participated in Fellow Recruitment (MCW) |
| 2009-Current | Participate in Multidisciplinary clinic and conference for Breast, Colon, GU and Thoracic Malignancies (ProHealth Care) |
| 2010-Current | Member of GU Steering Committee (ProHealth Care) |
| 2010-Current | Member of GI Steering Committee (ProHealth Care) |
| 2010-Current | Representative on Pharmaceuticals and Therapeutics Committee (ProHealth Care) |
| 2012-Current | Member of Breast Steering Committee (ProHealth Care) |
| 2012-Current | Chair of Subcommittee on Oncology Pharmaceuticals and Therapeutics (ProHealth Care) |
| 2012-Current | Chair of GU Steering Committee (ProHealth Care) |
| 3/2012-Present | Wisconsin Association of Hematology/Oncology (WAHO) Board Member-at-Large |
| 1/2016-Present | Physician Leadership Council (ProHealth Care) |

Memberships in Professional Societies:
06/2002-2010 American Medical Association
01/1999-Current Wisconsin State Medical Society
10/2005-Current American Society of Clinical Oncology

Research Experience: 08/1996-05/1997  UW-Madison Department of Pharmacology
Preceptor: Dr. C. R. Hutchinson
Bacterial mechanisms of creation of antimicrobials
05/1997-06/1998  UW-Madison, Department of Biochemistry
Preceptor: Dr. Judith Kimble
Isolated proteins from *C. elegans,* assisted post-doctoral fellows with research

Publications:

1. Hake, CR, Gaubert, Fenske, TS. *Does autologous transplantation directly increase the risk of secondary leukemia in lymphoma patients?* Bone Marrow Transplantation (2007) **39**, 59–70.

Meeting Presentations/Abstracts

1. Girotra, S, Hake, CR, Pfeiffer, K. *Primary Hepatic Lymphoma with Hepatitis C: A case report.* State ACP meeting, September 8th, 2007. Accepted for oral presentation at National ACP 2008.

Languages:          English
References:         Available on Request