UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PATRICIA CAPREZ,

    Plaintiff,

 v.

RIGHT STEP, INC., *et al.,*

    Defendants.

Case No. 16-cv-735-pp

**ORDER GRANTING PLAINTIFF'S MOTION FOR ORDER FOR PAYMENT OF ATTORNEY'S FEES (DKT. NO. 20)**

  On March 31, 2017, the court granted, in part, the plaintiff's motion to compel discovery and for discovery sanctions. Dkt. No. 18. That minute order provided that "[defendant] must pay plaintiff's costs of filing the motion to compel. Defense counsel (not client) is to pay such costs. Plaintiff's counsel is directed to itemize services provided regarding the motion to compel." Id. The same day the court issued the order, the plaintiff filed a declaration that itemized plaintiff's counsel's expenses in bringing the discovery motion. Dkt. No. 17. Plaintiff's counsel stated that he had expended 5.8 hours of billable time at a rate of $280 per hour, for a total request of $1,624.00. Id.

  Two and half months later, the plaintiff filed a motion noting that defense counsel had not paid the discovery sanctions, and asking the court for an order directing defense counsel to pay the $1,624.00 as set forth in the court's March 31 order and the plaintiff's itemization. Dkt. No. 20. The defendants did not

1

oppose the plaintiff's itemization or the plaintiff's motion for an order directing payment of fees.

The court **GRANTS** the plaintiff's unopposed motion for an order for payment of attorney's fees. Dkt. No. 20. The court **ORDERS** that the counsel for defendants pay the plaintiff's attorney a fee of $1,624.00 no later than the end of the day on October 10, 2017.

Dated in Milwaukee, Wisconsin this 3rd day of October, 2017.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**United States District Judge**